UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HAKIM Q. NASEER,

          Plaintiff,

v.                                                   Case No. 09-cv-788-bhl

RACINE COUNTY SHERIFF, et al.,

          Defendants.

## DECISION AND ORDER

      Plaintiff Hakim Q. Naseer is representing himself in this 42 U.S.C. § 1983 case, which has been closed for nearly a decade. On January 19, 2021, he filed a motion stating that "the frozen payments for [his] federal filing fee debts are in imminent danger of embezzlement." Dkt. No. 108. Naseer highlights discrepancies between two trust account statements regarding fees that were apparently "Frozen for Fed Filing Fees." *See* Dkt. No. 108-1. The Court notes that, on both statements, Naseer has starting, end, and hold balances of $0.00, so he appears not to have been impacted by his institution's accounting methods.

      The Court does not involve itself in the day-to-day operations of prisons, including the management of prisoners' trust accounts. *See, e.g., Stephens v. Brown*, No. 13-cv-221, 2013 WL 3724872, at *1, n. 1 (S.D. Ind. July 15, 2013). If Naseer has question about his trust account statements, the Court encourages him to file an information request raising his concerns with the institution's business office. If he is not satisfied with the response, he may take advantage of his institution's grievance procedures. The Court, however, will not get involved.

**IT IS THEREFORE ORDERED** that Naseer's motion to stop WSPF Prison from Embezzling Federal Filing Fee Debt Payments (Dkt. No. 108) is **DENIED**.

Dated at Milwaukee, Wisconsin this 26th day of January, 2021.

BY THE COURT:

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge